IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SANDRA STEED                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 4:14-cv-147-DMB-JMV

HARTFORD UNDERWRITERS                                                                    DEFENDANTS
INSURANCE CARRIER, ET AL.

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. CIV. R. 16(b)(1)(B) (emphasis added).  Because the plaintiff has moved to remand this case to state court [5], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion to remand. Should the parties desire to undertake remand related discovery they should first contact the court for scheduling of same. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 12th day of November, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**